**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Mikael H. Stahle (SBN 182599)
mstahle@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff TIMOTHY MILLER, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLER, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br> vs. <br><br> WALGREEN CO., an Illinois corporation; WALGREENS DISTRIBUTION CENTER, a business entity of unknown form; WALGREENS BOOTS ALLIANCE, INC., a Delaware corporation;  and DOES 1 through 50, inclusive, <br><br>            Defendants. | Case No. 2:23-cv-06094-AB-BFM <br><br> Honorable André Birotte Jr. <br><br> **CLASS ACTION** <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this action settled in its entirety at the mediation on January 31, 2024.

The undersigned apologizes to the Court for overlooking the Court's August 16, 2023 order directing the Parties to file a status report by February 2, 2024 (Dkt. 15).

Dated: March 13, 2024          **MATERN LAW GROUP, PC**

By: */s/ Mikael H. Stahle*
MATTHEW J. MATERN
MIKAEL H. STAHLE

Attorneys for Plaintiff TIMOTHY MILLER, individually and on behalf of all others similarly situated